**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
TONIMARIE RHONE, on behalf of herself
and all others similarly situated,

                Plaintiff

-against-

MODEFA USA, LLC

                Defendant.
------------------------------------------------------------x

Case No. 1:23-cv-07588-VSB

**NOTICE OF VOLUNTARY**
**DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
       March 4, 2024

Respectfully Submitted,

*/s/ Noor A. Saab, Esq.*
By: Noor A. Saab Esq.
*Attorney for Plaintiff*
**The Law Office of Noor A. Saab, Esq.**
380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060
Email: noorasaablaw@gmail.com

SO ORDERED: 3/6/2024

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

1